

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Michael Hustig et al

**Plaintiff,**

**V.**

Obalon Therapeutics, Inc. et al

**Defendant.**

FILED

01/23/2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                A. Corsello  , Deputy

**Civil No.**  18-cv-0352-AJB-WVG

**STRICKEN DOCUMENT:**

Notice of Errata

**Per Order #     52**

**51**