UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re OBALON THERAPEUTICS, INC. SECURITIES LITIGATION,<br><br>_____<br><br>This Document Relates To:<br><br>3:18-cv-00352-AJB-AHG, *Hustig et al. v. Obalon Therapeutics, Inc., et al.* | Master File No.: 3:18-cv-00352-AJB-AHG<br><br>**ORDER SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
|---|---|

    The Court held an Early Neutral Evaluation Conference ("ENE") in this matter on May 15, 2020, and a follow-up Settlement Conference on May 19, 2020 before Magistrate Judge Allison H. Goddard. ECF Nos. 95, 97. Thereafter, the Court issued a Mediator's Proposal to the parties, which both parties accepted. As part of the Mediator's Proposal, the parties were required to meet and confer in good faith to resolve any remaining disputes regarding the draft settlement term sheet, and they agreed to participate in a further settlement conference with the Court if any disputes remained.

    On July 1, 2020, the Court held a Telephonic Status Conference to remain apprised of the status of the settlement. Counsel reported that the parties had agreed to a term sheet on June 16, 2020, and were in the process of negotiating the formal stipulation. Counsel represented that the parties require another 45 days to prepare a motion for preliminary

approval of the settlement.

Accordingly, the Court **SETS** a deadline of **August 17, 2020** to file a joint motion for preliminary approval of the settlement. A proposed order granting the motion must be emailed to the assigned District Judge's chambers on the same day.

**IT IS SO ORDERED.**

Dated:  July 1, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge