ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
ROBERT R. HENSSLER JR. (216165)
JEFFREY J. STEIN (265268)
FRANCISCO J. MEJIA (306477)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
rachelj@rgrdlaw.com
bhenssler@rgrdlaw.com
jstein@rgrdlaw.com
fmejia@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OBALON THERAPEUTICS, INC. SECURITIES LITIGATION | Master File No. 3:18-cv-00352-AJB-AHG <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | NOTICE OF MOTION AND MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF THE PLAN OF ALLOCATION; AND (3) AWARD OF ATTORNEYS' FEES, EXPENSES AND LEAD PLAINTIFF AWARD |
| | DATE: April 22, 2021 <br> TIME:  2:00 p.m. <br> CTRM: 4A <br> JUDGE: Hon. Anthony J. Battaglia |

4833-9174-7809.v1

1        TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF
2 RECORD:
3        PLEASE TAKE NOTICE that on April 22, 2021, or as soon thereafter as the
4 matter can be heard in the courtroom of the Honorable Anthony J. Battaglia, situated
5 at 221 West Broadway, San Diego, CA 92101, Lead Plaintiff Inter-Local Pension
6 Fund GCC/IBT ("Lead Plaintiff"), by and through its counsel, will and hereby moves
7 the Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the
8 Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No.
9 102), for entry of an order granting (1) final approval of the proposed settlement of
10 this action (the "Settlement"); (2) approval of the proposed Plan of Allocation; and (3)
11 an award of attorneys' fees and expenses to Lead Counsel Robbins Geller Rudman &
12 Dowd LLP as well as an award to Lead Plaintiff.  This motion is based on: (i) Lead
13 Plaintiff's Memorandum of Law in Support of Motion for: (1) Final Approval of Class
14 Action Settlement; (2) Approval of the Plan of Allocation; and (3) Award of
15 Attorneys' Fees, Expenses and Lead Plaintiff Award; (ii) the Declaration of Robert R.
16 Henssler Jr.; (iii) the Declaration of Eric A. Nordskog; (iv) the Declaration of
17 Lawrence C. Mitchell; (v) the Declaration of Robert R. Henssler Jr. filed on behalf of
18 Robbins Geller Rudman & Dowd LLP; (vi) the Declaration of Robert V. Prongay
19 filed on behalf of Glancy Prongay & Murray LLP; (vii) the Stipulation and Agreement
20 of Class Action Settlement; and (viii) all other proceedings herein.

21 DATED:  March 18, 2021          ROBBINS GELLER RUDMAN
                                                                   & DOWD LLP
22                                             RACHEL L. JENSEN
                                            ROBERT R. HENSSLER JR.
23                                             JEFFREY J. STEIN
                                            FRANCISCO J. MEJIA
24

25                                                   *s/ Robert R. Henssler Jr.*
26                                             ROBERT R. HENSSLER JR.
27
28

4833-9174-7809.v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

4833-9174-7809.v1

- 2 -                    3:18-cv-00352-AJB-AHG